10. On or about June 16, 2020, Affiant contacted Defendant's counsel by phone again but was not able to reach her so we communicated via email but the only resolution was the scheduling order.

11. On or about the night of June 21, 2020, Affiant composed and sent Defendant's counsel Golden Rule correspondence detailing all issues regarding their written discovery responses. In said letter, Affiant asked that the issues be resolved by June 26, 2020 and that Defendant's counsel contact Affiant with any questions or concerns with the request.

12. On or about June 27th after Defendant's counsel failed to make any efforts to communicate with Affiant regarding the discovery issues communicated in our Golden Rule correspondence, Affiant sent an email to the Court copying Defendant's counsel to request a teleconference.

13. However, the Court issued an order on or about June 29, 2020 requiring the parties to exhaust our efforts to meet and confer and to do so by Thursday, July 2, 2020, then follow the scheduling instructions for filing a formal motion to compel.

14. After the Court's June 29th Order, Affiant emailed Defendant's counsel regarding scheduling a time to discuss the issues.

15. On or about June 30th at almost 5pm, Defendant's counsel responded to my email stating that they would have a written response or some sort to Affiant by Thursday and that she was free to talk by phone Thursday as well. Defendant's counsel also stated that she would like to schedule Plaintiff's deposition for July 10.

16. Affiant responded to Defendant's counsel advising them of Affiant's availability to meet and confer as well as Affiant's availability for a July 10 deposition.

# AFFIDAVIT OF GERALD GRAY II

**STATE OF MISSOURI** )
                              ) ss:
**COUNTY OF JACKSON** )

COMES NOW Gerald Gray II, before the undersigned authority and after being duly sworn on his oath, states as follows:

1. I am Affiant and Plaintiff's counsel for Mr. Gary Ross in the employment matter against Pentair, Case No. 2:18-cv-02631-CM-JPO.

2. That Affiant on behalf of Plaintiff served Defendant, Pentair with written interrogatories and request for production of documents on or about March 26, 2020.

3. On or about April 24, Defendant's counsel requested an extension to respond to discovery.

4. On or about May 8, Defendant's counsel requested a second extension through May 15, 2020.

5. On or about May 15, 2020, Defendant's served responses with objections to 18 of 21 interrogatories; and 33 of 37 request for production of documents.

6. Defendant also failed to provide a privilege log.

7. Defendant served Affiant with additional documentation on or about June 5, 2020 but did not supplement or withdraw any objections.

8. On or about June 12, 2020, Affiant called Defendant's counsel four (4) times and Affiant followed up with an email to the Court and Defendant's counsel regarding several discovery issues still to be resolved.

9. On or about June 15 at approximately 11:39am, Affiant again called Defendant's counsel but she did not take my call.

17. Affiant again called Defendant's counsel once on the morning of July 1st and Affiant called both attorneys of record on the morning of July 2nd.

18. As of the close of business Thursday, July 2, 2020, Affiant still had not received any written correspondence from Defendant's counsel nor had Affiant received any messages or notices suggesting that they had attempted to return Affiant's numerous calls.

19. To date, Defendant has not formally updated any written discovery responses despite numerous attempts by Affiant to get them to do so.

**FURTHER AFFIANT SAYETH NOT.**

_____
**GERALD GRAY II**

Subscribed, acknowledged, and sworn to before me this 2ND day of July, 2020.

_____
Notary Public

My Commission Expires: